B3B (Official Form 3B) (12/07) -- Cont.

# United States Bankruptcy Court
## Northern District of Illinois

In re: Steven Stone
Debtor(s)

Case No. 12 B 46358

**ORDER ON DEBTOR'S APPLICATION FOR WAIVER OF THE CHAPTER 7 FILING FEE**

Upon consideration of the debtor's "Application for Waiver of the Chapter 7 Filing Fee," the court orders that the application be:

[ ] GRANTED.

This order is subject to being vacated at a later time if developments in the administration of the bankruptcy case demonstrate that the waiver was unwarranted.

[✓] DENIED.

The debtor shall pay the chapter 7 filing fee according to the following terms:

$ 76.50 on or before December 26, 2012

$ 76.50 on or before January 25, 2013

$ 76.50 on or before February 26, 2013

$ 76.50 on or before March 26, 2013

Until the filing fee is paid in full, the debtor shall not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case.

IF THE DEBTOR FAILS TO TIMELY PAY THE FILING FEE IN FULL OR TO TIMELY MAKE INSTALLMENT PAYMENTS, THE COURT MAY DISMISS THE DEBTOR'S CASE.

[ ] SCHEDULED FOR HEARING.

A hearing to consider the debtor's "Application for Waiver of the Chapter 7 Filing Fee" shall be held on _____ at _____ at _____.
(address of courthouse)

IF THE DEBTOR FAILS TO APPEAR AT THE SCHEDULED HEARING, THE COURT MAY DEEM SUCH FAILURE TO BE THE DEBTOR'S CONSENT TO THE ENTRY OF AN ORDER DENYING THE FEE WAIVER APPLICATION BY DEFAULT.

DATE: 2 8 NOV 2012

BY THE COURT:
_/s/ Pamela S. Hollis_
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re: ) | |
| ) | Bankruptcy Case No. |
| Steven Stone, ) | |
| Debtor. ) | 12 B 46358 |
| ) | |
| ) | FILED |
| ) | |
| ) | NOV 28 2012 |

CERTIFICATE OF MAILING

PAMELA S. HOLLIS
BANKRUPTCY JUDGE

I, Freddie Nelson, certify that on November 28, 2012, I caused copies of the attached **Order On Debtor's Application For Waiver Of Chapter 7 Filing fee** to be served to the parties listed below via First Class Mail(**) and/or electronically via the Court's electronic notification system:

Steven Stone (**)
11357 S. Prairie
Chicago, Illinois

Richard M. Fogel
Shaw Fishman Glantz & Towbin LLC
321 N. Clark Street Suite 800
Chicago, Illinois 60654

Patrick S. Layng
Office of the U.S. Trustee, Region 11
219 S. Dearborn St.
Room 873
Chicago, IL 60604

_____
Freddie Nelson
Relief Courtroom Deputy